FILED: April 10, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2333
(4:12-cv-00605-RBH)
_____

WILLIAM FITCHETT; BRAD R. JOHNSON

      Plaintiffs - Appellants

v.

ALAN WILSON; M. LOIS EARGLE; RODDY DICKINSON; TIM CHRISTOPHER; COUNTY OF HORRY STATE OF SOUTH CAROLINA

      Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered 03/19/2014, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*