# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 18, 2014

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219



Re: Brad R. Johnson, et al.
v. Alan Wilson, et al.
Application No. 13A1253
(Your No. 13-2333)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on June 18, 2014, extended the time to and including August 16, 2014.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by
Andrew Downs
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Brad R. Johnson
111 SE 14th Street
Oak Island, NC 28464


Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219